■ In the Matter of LAWRENCE J. WORNER, Appellant, v SUSAN GAVIN, Respondent. [21 NYS3d 628]—Appeal from an order of the Family Court, Orange County (Debra J. Kiedasch, J.), dated February 29, 2012, as amended February 28, 2014. The order denied the mother's objections to an order of that court (Christine Patneaude Krahulik, S.M.), dated December 5, 2011, which, after a hearing, granted the father's petition to terminate his child support obligation and directed the mother to pay child support to the father in the amount of $178 per week.

Ordered that the order dated February 29, 2012, as amended February 28, 2014, is affirmed, without costs or disbursements.

The mother's contention that she was denied the right to counsel at the support hearing is without merit. At the outset of the proceedings, the mother was properly advised by the Support Magistrate of her rights to counsel and to an adjournment in order to hire or speak to counsel (*see* Family Ct Act §§ 433 [a]; 435 [b]). The record shows that the mother was aware of her right to retain an attorney but, instead, elected to represent herself at the hearing (*see Matter of Carlos L. v Diomaris C.*, 130 AD3d 458 [2015]; *Matter of Savarese v Galgano*, 74 AD3d 1083, 1084 [2010]).

The mother's remaining contentions are either not properly before this Court, as they were not raised in her objections to the Support Magistrate's order (*see Matter of Pizzuto v Pizzuto*, 129 AD3d 846, 847 [2015]; *Matter of Lorys v Powell*, 116 AD3d 1047, 1048 [2014]; *Matter of Feng Lucy Luo v Yang*, 89 AD3d 946, 947 [2011]), or are without merit. Eng, P.J., Mastro, Cohen and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSH BROWN, Appellant. [21 NYS3d 628]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 2008 (*People v Brown*, 51 AD3d 685 [2008]), affirming a judgment of the Supreme Court, Queens County, rendered August 18, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.